lants. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Proceeding by the People of the State of New York, on the relation of George C. Simmons and another, against Walter J. Dowling and others, as members of the Town Board of Redfield, etc. No opinion. Order affirmed, with $10 costs and disbursements. For opinion below, see 84 Misc. Rep. 201, 146 N. Y. Supp. 919.

PEOPLE ex rel. SULLIVAN v. CONNOLLY, Borough President. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Proceeding by the People of the State of New York, on the relation of Joseph Sullivan, against Maurice E. Connolly, as President of the Borough of Queens.

PER CURIAM. The evidence adduced against the relator did not establish any willful or conscious dereliction on his part in the discharge of his official duties. He consulted his then superior officer in regard to the circumstances in question, and followed the advice and direction of his superior. Doubtless a mistake of judgment was made in the matter, but we do not deem this error on the part of the relator and his superior officer as sufficient to justify the dismissal of the relator from the public service. As he was a veteran volunteer fireman, he was entitled to a trial, at which the burden of proof rested upon the prosecution to make out its charges by a fair preponderance of the evidence. The determination of the borough president is therefore annulled, and the relator reinstated, with $50 costs and disbursements.

PEOPLE ex rel. THERKATZ v. WALDO, Police Com'r. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Proceeding by the People of the State of New York, on the relation of John R. Therkatz, against Rhinelander Waldo, as Police Commissioner of the City of New York. No opinion. Determination confirmed, and writ quashed, with $50 costs and disbursements.

PERLA, Respondent, v. WINGENBACH, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 27, 1914.) Action by Rocco Perla against Julius F. Wingenbach. No opinion. Judgment affirmed, with costs.

PERRY v. ROCHESTER LIME CO. (Supreme Court, Appellate Division, Fourth Department. May 27, 1914.) Action by William J. Perry, Sr., as administrator, etc., against the Rochester Lime Company. No opinion. Motion to amend decision denied, with $10 costs. For former decision, see 147 N. Y. Supp. 1136. See, also, 148 N. Y. Supp. 1138.

PERRY v. ROCHESTER LIME CO. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by William J. Perry, Sr., against the Rochester Lime Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. For former decision, see 147 N. Y. Supp. 1136. See, also, 148 N. Y. Supp. 1138.

PFOHL et al., Respondents, v. RUPP et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 29, 1914.) Action by Henry P. Pfohl and another against John P. Rupp and another. No opinion. Appeal dismissed, unless appellants file and serve briefs by June 15, 1914.

PHILLIPS, Respondent, v. CROSSTOWN ST. RY. CO. OF BUFFALO et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by Margaret E. Phillips, as administratrix, etc., against the Crosstown Street Railway Company of Buffalo and another. No opinion. Motion to amend decision, so as to state that the reversal was made upon questions of law only, and that the facts had been examined and no error found therein, denied, with $10 costs. See, also, 157 App. Div. 876, 143 N. Y. Supp. 183; 161 App. Div. 911, 145 N. Y. Supp. 1141.

PHILLIPS, Appellant, v. MUTUAL LIFE INS. CO. OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by Cyrus W. Phillips, as trustee, etc., against the Mutual Life Insurance Company of New York. No opinion. Judgment and order affirmed, with costs.

PHILLIPS v. PHILLIPS. (Supreme Court, Appellate Division, First Department. June 5, 1914.) Action by Grace Phillips against Andrew Phillips. No opinion. Motion denied, with $10 costs. Order filed. See, also, 147 N. Y. Supp. 1136.

PISANI et al. v. RAO. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by J. Alfred Pisani and others against Nicolo Rao. No opinion. Application denied, with $10 costs. Order signed.

In re POLLACK. (Supreme Court, Appellate Division, Second Department. June 19, 1914.) In the matter of the application of Isidor Pollack for letters of administration upon the estate of Emma Pawel, deceased.

PER CURIAM. As there seems to be some question, under section 2660 of the Code of Civil Procedure, whether the county treasurer of Nassau county should not have been appointed as administrator, the motion for a stay is granted, without costs.

POPPER v. WALLACH et al. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Leopold Popper against Henry Wallach and another. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.